# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

BERNARD E. KRETLOW,

    Plaintiff,

v.                                             Case No. 16-CV-1172

CAPTAIN BAUMANN, *et al.*,

    Defendants.

---

BERNARD E. KRETLOW,

    Plaintiff,

v.                                             Case No. 16-CV-1194

SGT. ROZMARYNOSKI,

    Defendant.

---

BERNARD E. KRETLOW,

    Plaintiff,

v.                                             Case No. 16-CV-1220

SGT. WASIELEWSKI.,

    Defendant.

---

## ORDER

---

    On March 8, 2022, *pro se* plaintiff Bernard E. Kretlow, who is a restricted filer, filed motions in several cases that have been closed in the District Court for the Eastern

District of Wisconsin demanding that the court stop all filing fee deductions. The three cases in the caption above are before this court, and so the court will address the motions as they pertain to those cases.

Kretlow states that the Department of Corrections is taking all his money and leaving him with no funds to buy writing supplies. The purpose of deducting filing fees is to deter the filing of frivolous lawsuits. To stop Kretlow's deductions would flout that purpose. Since 2015 Kretlow has filed over 12 cases in the Eastern District of Wisconsin and has never prevailed. He also has received "three strikes" for filing lawsuits that failed to state a claim or were frivolous, putting him on the restricted filer list. These suits take up valuable court resources. The prospect of having to pay the filing fee regardless of the outcome of the case is one of the few deterrents from filing non-meritorious or frivolous lawsuits. For this reason, Kretlow's motions will be denied.

**THEREFORE, IT IS HEREBY ORDERED** that Kretlow's motions for an order to stop the filing fee deductions (Case No. 16-cv-1172, ECF No. 17; Case No. 16-1194, ECF No. 16; Case No. 16-1220, ECF No. 18) are **DENIED**.

Dated in Milwaukee, Wisconsin this 8th day of December, 2022.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge